In the Matter of the Application of Jackson Steinway Company, Respondent, for a Peremptory Writ of Mandamus Directed to Hon. William A. Prendergast, Comptroller of the City of New York, and Daniel Moynahan, as Collector of Assessments and Arrears Thereof, Appellants, Commanding and Enjoining Them to Accept Payment of Certain Assessments for Opening Fourteenth Avenue, from Jackson Avenue to Flushing Avenue, in the Borough of Queens, without Interest.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Matter of Bankers Investing Co.* (141 App. Div. 591). We intend hereby to decide that the amount of the assessments without interest should be offset against the amount which was due for award on the date when the assessments became payable. If, in the proceedings to compel payment of the award with interest, referred to in the petition herein, a greater amount has been allowed for interest than would be justly due under the principle above referred to, application may be made to the Special Term in those proceedings for a readjustment of the amount thereof. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of the Steinway Park Realty Company, Respondent, for a Peremptory Writ of Mandamus Directed to William A. Prendergast, as Comptroller of the City of New York, and Daniel Moynahan, as Collector of Assessments and Arrears Thereof, Appellants, Commanding and Enjoining Them to Accept Payment of Certain Assessments for Opening Ditmars Avenue from Steinway Avenue to the East River, without Interest.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Matter of Jackson Steinway Co.* (*ante*, p. 905), decided herewith. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Lazar Jacobsohn, Respondent, v. M. Schaffer-Flaum Company, Appellant, Impleaded with Jacob Korn and Morris Weinstein, as Executor, etc., of Ascher Weinstein, Deceased, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Esther Kaplan, an Infant, by Fannie Kaplan, Her Guardian ad Litem, Respondent, v. Morse Dry Dock and Repair Company, Appellant.—Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Edmund A. Kavanagh and Grandin Norcross, Appellants, v. George Sergeant, Jr., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.